# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

ANNA P. BONDAR,

                Plaintiff,

     v.                                            Civil No. 07-6064-TC

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.

## JUDGMENT

The decision of the Commissioner is reversed and remanded for further action consistent with the court's opinion.

Dated: April 2, 2008.

_____
United States District Judge

**JUDGMENT**                                               **DOCUMENT NO:** _____