FILED'08 JUN 02 14:19 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**ANNA P. BONDAR,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE,**
Commissioner, Social Security
Administration,

        Defendant.

CV 07-6064-TC

**ORDER**

Attorney fees in the amount of $3,408.00 and an expense of $14.57 for a total of $3,422.57 is hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

Dated this 2 day of June, 2008.

_____
United States District Judge

Page 2 – STIPULATION AND ORDER REGARDING FEES AND EXPENSES
PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT